**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

LIQUID ADVERTISING, INC.,

    Plaintiff,

v.                                                               Case No.  8:07-cv-999-T-30MAP

G & G DEVELOPMENT ANTIGUA, et al.,

    Defendants.
_____/

**ORDER OF DISMISSAL**

    The Court has been advised via a Joint Stipulation for Dismissal With Prejudice (Dkt. #38) that the above-styled action has been settled.  Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

    **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*.  After that 60-day period, however, dismissal shall be with prejudice.  All pending motions, if any, are **DENIED** as moot.  The Clerk is directed to close the file.

    **DONE** and **ORDERED** in Tampa, Florida on June 18, 2008.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
Counsel/Parties of Record

F:\Docs\2007\07-cv-999.dismissal 38.wpd